IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNETTE M WRIGHT,<br><br>                Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br>Carolyn W. Colvin, Acting Commissioner;<br><br>                Defendant. | 4:14CV3015<br><br>ORDER |

      Before the court is Filing No. 2, the motion by the plaintiff through her attorney of record for leave to proceed in forma pauperis in this appeal from a decision by the Social Security Administration. The court has reviewed the record, including the attached Statement in Support signed by the plaintiff, and finds the motion should be granted.

      THEREFORE, IT IS ORDERED:

      1. Filing No. 2, the plaintiff's motion for leave to proceed in forma pauperis, is granted.

      2. Following completion of the service and summons, the Marshal shall serve the United States, without payment of costs or fees. Service shall be effected pursuant to Fed. R. Civ. P. 4(i) regarding "[s]erving the United States, Its Agencies, Corporations, Officers, or Employees."

      3. That upon receipt of a certified copy of the transcript of the records, the Clerk of Court shall enter its standard briefing order in this case.

      Dated this 31st day of January, 2014.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              United States District Judge