IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNETTE M. WRIGHT,<br><br>                Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration;<br><br>                Defendant. | **4:14CV3015**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered this date, judgment is entered in favor of the plaintiff and against the defendant for attorney fees.

Dated this 10th day of August, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge